UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-61080-CIV-MORENO

JALINE FENWICK,

       Plaintiff,

vs.

FLORIDA PET RETAILERS, INC. &
POOCHES OF PINES, INC., d/b/a PETLAND
PEMBROKE PINES,

       Defendants.
_____/

## ORDER GRANTING MOTION TO STAY AND
## PLACING MATTER IN CIVIL SUSPENSE FILE

THIS CAUSE came before the Court upon Parties' Joint Motion to Continue Trial and Pre-Trial Deadlines **(D.E. 11)**, filed on **June 27, 2019**.

Plaintiff has filed a putative class action complaint alleging a violation of the Telephone Consumer Protection Act, which prohibits sending texts by way of an automated telephone dialing system, without the consent of the recipient. The Federal Communications Commission is currently seeking comment on what constitutes an automatic telephone dialing system, which would clarify the definition. This case will turn on whether the Defendants used an automatic telephone dialing system to send prohibited text messages. Accordingly, it is

**ADJUDGED** that Defendant's motion to stay is GRANTED consistent with this Court's order in *Secure v. Ultimate Fitness Group, LLC*, No. 18-20483-CIV-MORENO (S.D. Fla. Mar. 18, 2019) (staying similar action pending the decision of the Federal Communications Commission). It is also:

**ADJUDGED** that:

I. The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

II. The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

III. This order shall not prejudice the rights of the parties to this litigation.

IV. Plaintiff SHALL notify the Court by **October 23, 2019**, and every three months thereafter of the current status of the proceedings and when this action is ready to proceed.

DONE AND ORDERED in Chambers at Miami, Florida, this _12_ of July 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record